CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 3 1 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TYRONE SHELTON | ) | |
|     Plaintiff, | ) | Civil Action No. 7:11-cv-00132 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| COL. RONALD MATHHEWS, et al., | ) | Hon. James C. Turk |
|     Defendants. | ) | Senior United States District Judge |

By Order entered August 17, 2011, the court directed plaintiff to respond to the Order upon information and belief that he was moved or released from his place of incarceration without notifying the court in violation of the court's earlier Order. Plaintiff was advised that failing to respond would result in the dismissal of the action without prejudice. More than thirteen days have elapsed, and plaintiff has failed to respond. Accordingly, the court dismisses the action without prejudice. Plaintiff may refile his claims in a new and separate action at a time of his choice.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This __31st__ day of August, 2011.

                                              /s/ James C. Turk
                                              Senior United States District Judge