CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 3 1 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| **TYRONE SHELTON** ) | |
|     **Plaintiff,** ) | **Civil Action No. 7:11-cv-00132** |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **COL. RONALD MATHHEWS, <u>et al.</u>,** ) | **Hon. James C. Turk** |
|     **Defendants.** ) | **Senior United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this case is **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This ___ day of August, 2011.

<u>Senior United States District Judge</u>